IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK RAHOI,

                        Plaintiff,

    v.

DR. SIRIN, DR. HUIBREGSTE, and
DR. BURTON COX, JR., all sued
individually and in their official
capacities,

                        Defendants.

MEMORANDUM

06-cv-691-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In the magistrate judge's preliminary pretrial conference order entered on January 24, 2008, the parties were given a deadline of four weeks before the trial (that is, by September 1, 2008) for serving and filing a motion for the issuance of writs of habeas corpus ad testificandum in order to call incarcerated witnesses to testify. Plaintiff has failed to file such a motion. However, I presume that plaintiff will testify on his own behalf. Therefore, I am directing the Clerk of Court to issue a writ of habeas corpus ad testificandum for his

1

attendance at trial.

Entered this 15th day of September, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2