IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK RAHOI,

    Plaintiff,

v.

                              Case No. 06-C-691-C

DOCTOR SIRIN, et al.,

    Defendants.

## ORDER FOR DISMISSAL

Based on the stipulation of the parties, IT IS ORDERED that this case is dismissed on the merits and without costs to any party.

Dated: October 21, 2008

                                            Barbara B. Crabb
                                            District Judge

